IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAVID P. MOORE, SR.**                                                                  **PLAINTIFF**

v.                  Case No.: 3:20-cv-00250-LPR

**STEVE FRANKS and**
**BRENT COX**                                                                               **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order that was entered on May 25, 2021, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 29th day of June 2021.

                                                                                   _/s/ Lee P. Rudofsky_
                                                                                   LEE P. RUDOFSKY
                                                                                   UNITED STATES DISTRICT JUDGE